IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **RICHARD TACKETT** § | |
| § | |
| vs. § | Case No. 4:13-cv-00533-RAS-DDB |
| § | |
| **DENTON COUNTY, TEXAS** § | |

# NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **DENTON COUNTY, TEXAS** and files this their NOTICE OF SETTLEMENT, and would respectfully show the Court as follows:

## I.
**Mediation successful and settlement to be presented to Denton County Commissioners**

Mediation was successfully completed on December 19, 2013, and the settlement agreement is to be presented to the Denton County Commissioners for formal approval on January 14, 2014.

Because of the intervening holiday season and the legal requirement that the settlement must be formally approved by the Denton County Commissioners, the parties respectfully request that they be given until February 14, 2014, to submit appropriate settlement documents which will include a stipulation of dismissal and order.

**WHEREFORE, PREMISES CONSIDERED**, Defendant **DENTON COUNTY, TEXAS** pray that the Court take notice of the settlement of this case, allow the parties until February 14, 2014, to submit settlement documents, and that they have such other and further relief, at law or in equity, to which they may show themselves entitled.

Respectfully submitted,

**MATTHEWS, STEIN, SHIELS,**
**PEARCE, KNOTT, EDEN & DAVIS, L.L.P.**

By:   /s/ Robert J. Davis
**ROBERT J. DAVIS**
State Bar No. 05543500
**TIMOTHY A. DUNN**
State Bar No. 24050542
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier)

**ATTORNEYS FOR DEFENDANT**
**DENTON COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

     I hereby certify that on December 22, 2013, I electronically filed the foregoing document with the clerk of the Court for the Eastern District, Sherman Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Rhonda Cates.

                                          /s/ Robert J. Davis
                                          **ROBERT J. DAVIS**