**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RICHARD TACKETT** | § | |
| | § | |
| **vs.** | § | **Case No. 4:13-cv-00533-RAS-DDB** |
| | § | |
| **DENTON COUNTY, TEXAS** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, **RICHARD TACKETT**, having announced to the court that he wishes to

dismiss his claims against Defendant **DENTON COUNTY, TEXAS,** with prejudice and that all

costs of court, expenses and attorney's fees be taxed against the party incurring same,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1.    That Plaintiff **RICHARD TACKETT** take nothing against Defendant **DENTON COUNTY, TEXAS** and that any and all claims he has against said Defendant, asserted herein or not, be, and they are hereby, dismissed with prejudice to his right to refile same; and

2.    That all costs of court, attorney's fees and any other costs or expenses of any nature be paid by the party incurring same.

IT IS SO ORDERED.

**SIGNED this the 2nd day of July, 2014.**

_Richard A. Schell_
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO SUBSTANCE AND FORM:**


//s// Rhonda Cates
_____
**RHONDA CATES**
State Bar No. 24012402
THE LAW OFFICE OF RHONDA E. CATES, PLLC
204 N. Twelfth Street, Suite A
Garland, TX  75040
972-276-2220
972-276-2223 fax

**ATTORNEY FOR PLAINTIFF
RICHARD TACKETT**



//s// Robert J. Davis
_____
**ROBERT J. DAVIS**
State Bar No. 05543500
**TIMOTHY A. DUNN**
State Bar No. 24050542
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier)

**ATTORNEYS FOR DEFENDANT
DENTON COUNTY, TEXAS**